# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0359

_____

THOMAS W. PICKERING,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

June 20, 2019

PER CURIAM.

The petition for belated appeal is denied on the merits.

ROWE, MAKAR, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas W. Pickering, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.